■ In the Matter of Melcara Corp., Petitioner, v Comptroller of the City of New York et al., Respondents. [844 NYS2d 162]—Proceeding pursuant to article 78 of the Civil Practice

Law and Rules discontinued. All concur. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.